**Opinion filed March 26, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00086-CV

_____

### RUSTY'S OILFIELD SERVICE CO., INC., Appellant

### V.

### RUGER PROPERTIES, LLC, Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC20894**

## M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they "have reached an agreement to compromise and settle their differences in the underlying lawsuit." The parties request that we dismiss this appeal and tax costs against the party incurring same. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

PER CURIAM

March 26, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.